THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS PRECEDENT 
 IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), 
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
 Alex Bernard Mason,       
 Appellant.
 
 
 

Appeal From Greenville County
John C. Few, Circuit Court Judge

Unpublished Opinion No. 2004-UP-185
Submitted January 29, 2004  Filed March 
 17, 2004 

APPEAL DISMISSED

 
 
Assistant Appellate Defender Tara S. Taggart, Office of Appellate 
 Defense, of Columbia, for Appellant,
Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 allof Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 

PER CURIAM:  Appellant was convicted of 
 simple possession of crack cocaine, and he was sentenced.  The issue briefed 
 by appellate counsel concerns the trial courts denial of Appellants motion 
 for directed verdict.  Appellants counsel has petitioned to be relieved as 
 counsel, stating that she has reviewed the record and has concluded the appeal 
 is without merit.  Appellant has not filed a pro se brief.   
After a thorough review of the record pursuant 
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss this appeal 
 and grant counsels petition to be relieved. [1]     
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, J.J., concur.  
  

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.